IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PETE ARNOLD *
LAW ABIDEN CITIZEN *
  PLAINTIFF *
  PRO SE
  -Vs.- * CAUSE NO. _____

**20 CV 4056**

JOE BIDEN, FATHER *
OF HUNTER BIDEN. *
CHRISTOPHER WRAY *
F.B.I. DIRECTOR *
ANGELA RODRIGUEZ *
JUDGE J.P. COURT *
  DEFENDANTS *

United States Courts
Southern District of Texas
FILED

NOV 30 2020

David J. Bradley, Clerk of Court

## ORIGINAL COMPLAINT
(WITH A JURY DEMAND)
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. Miestro Michael Angelo WORK OF ART.

"DETECTING CONSPIRACIES" WHEN THERE ARE NO "CONSPIRACIES" IS A SYMPTOM OF PARANOIA; DETECTING THEM WHEN THEY EXIST IS A SIGN OF GOOD MENTAL HEALTH! 10 NOV. 20 U.S.M.C. B-DAY "666"

THIS IS A TITLE 42 U.S.C. § 1983 CIVIL AND CONSTITUTIONAL RIGHTS VIOLATION LAWSUIT. PRIVATE CONDUCT IS ALSO ACTIONABLE UNDER TITLE 42 U.S.C. § 1985(3), WHICH PROVIDES FOR DAMAGE ACTIONS AGAINST THOSE WHO "CONSPIRE... FOR THE PURPOSE OF DEPRIVING... ANY PERSON OR CLASS OF PERSONS OF THE EQUAL PROTECTION OF THE LAWS, OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS." AND 42 U.S.C. § 1986 WHICH PROVIDES FOR DAMAGE LIABILITY FOR ANYONE "WHO HAVING KNOWLEDGE THAT A § 1985 CONSPIRACY) IS ABOUT TO BE COMMITTED, AND HAVING A POWER TO PREVENT OR AID IN PREVENTING THE COMMISSION OF THE SAME, NEGLECTS OR REFUSES TO DO SO".

1

## JURISDICTION

1. THIS IS A CIVIL RIGHTS ACTION UNDER 42 U.S.C. § 1983. THIS COURT HAS JURISDICTION UNDER 28 U.S.C. § 1343. PLAINTIFF ALSO INVOKES THE PENDENT JURISDICTION OF THIS COURT.

2. TO STATE A CLAIM AGAINST FEDERAL OFFICIALS YOU ONLY NEED ALLEGE (1) THAT YOUR CONSTITUTIONAL OR OTHER FEDERAL LAW RIGHTS WERE VIOLATED AND (2) THAT THEY WERE VIOLATED BY PERSONS ACTING UNDER COLOR OF FEDERAL LAW.

   THERE IS NO STATUTE LIKE § 1983 PROVIDING FOR SUITS AGAINST FEDERAL OFFICIALS WHO VIOLATE YOUR RIGHTS. HOWEVER, THE COURTS HAVE ALWAYS ASSUMED THEY COULD GRANT INJUNCTIVE RELIEF AGAINST FEDERAL OFFICIALS WHO VIOLATE CONSTITUTIONAL RIGHTS MAY BE SUED FOR DAMAGES AS WELL IN FEDERAL COURT. THESE SUITS ARE CALLED "BEVINS ACTIONS" AFTER THE FIRST CASE THAT AUTHORIZED THEM. AT THIS POINT, THE BEVINS ACTION IS GENERALLY REGARDED AS THE FEDERAL EQUIVALENT OF THE § 1983 DAMAGE ACTION.

3. WHEREAS § 1983 PROVIDES JURISDICTION, VENUE IS BASED ON TITLE 28 § 1391

## PARTIES

4. PLAINTIFF PETE ARNOLD IS A LAW <u>ABIDEN</u> CITIZEN OF THE UNITED STATES AND RESIDES AT 4065 OSBY, HOUSTON, TEXAS 77025, 713-667-9281.

5. DEFENDANT JOE BIDEN IS PRESIDENT OF THE UNITED STATES AND CAN BE SERVED AT THE WHITEHOUSE, 1600 PENNSYLVANIA AVE. NW, WASHINGTON, D.C. 20500

6. Defendant Christopher Wray is the Director of the F.B.I. and can be served at: F.B.I. Headquarters, 935 Pennsylvania Ave, NW, Washington D.C., 20535, 202-324-3000

7. Defendant Angela D. Rodriguez is a Judge of J.P. Court, Pct. 6-2 and can be served at: 1001 SSgt Macario Garcia, Houston, Texas 77011, 713-274-8774.

8. All defendants have acted under "color of state or federal law during all times relevant to this complaint, and are officials or agents of government

## STATEMENT OF FACTS

In order to tell the story properly, all the "facts" have to be separated into 3 sections:

## JOE BIDEN'S FACTS

9. As one who warned sinners of the consequences of their sins: V.P. Joe Biden (record email on disk drive) was designated "10% Big Guy" and "50% Joe" for his son Hunter influence peddleing and selling the family name con job.

10. Defendant Biden has been silent about the revalation except for saying it's a Rudy Guliany Russian hoax smear campaign

3

11.        CHARACTER DECENCY

JOE BIDEN'S 47 YEARS IN THE GOVERNMENT CORRUPTION AND INFLUENCE PEDDELING SWAMP.

ACTIONS

12. SELLING HIS FAMILY NAME AS V.P. WITH CHINA, RUSSIA, UKRAIN, AND OTHERS. BROTHER JAMES IN IRAQ HOUSING DEAL.

13. FIRED UKRAIN PROSECUTOR. QUID-PRO-QUO FOR BARISMA.

14. TERRA REED SEXUAL ASSAULT.

CHARACTER DECENCY

15. DONALD TRUMP JR. SAID THE HUNTER BIDEN (CHILD PORN, SEX TRAFICATING, DRUGS, GOT KICKED OUT OF NAVY, CHILD ENDANGERMENT, MONEY LAUNDERING ISSUE

S-T-I-N-K-S

ARROGANCE OF POWER GANGSTER FAMILY REGIME.

16. THIS IS WHAT NATIONAL DECLINE "DOOMSDAY" LOOKS LIKE. THIS NATION IS IN A DOWNWARD SPIRAL AND IT HAS NOT REACHED ITS NADIR.

17. DEMOCRAT JAMES CARVELL "THIS COUNTRY IS TIRED AND RAVISHED. WE WANT OUR LIVES BACK. WE DON'T TRUST EACH OTHER. THE VOTE IS THE STATEMENT,

JOE BIDEN'S STATEMENT OF CLAIM

THESE ISSUES DO MORE THAN SPEAK OUT FOR THEMSELVES, THEY CRY OUT WITH UNMISTAKABLE CLARITY

4

# FIRST CAUSE OF ACTION

18. THE ACTIONS AND FACTS OF THE DEFENDANT AS STATED IN PARAGRAPHS 9 THROUGH 17, DENIED PLAINTIFF ALL HIS CIVIL, LEGAL, HUMAN, AND CONSTITUTIONAL RIGHTS.

19. ALL PLAINTIFFS CONSTITUTIONAL RIGHTS WERE VIOLATED WHEN DEFENDANT SACRILIZED HIS OATH OF OFFICE AND COMMITED ALL THESE CRIMINAL ACTS. THAT HE SHOULD BE HELD ACCOUNTABLE, RESPONSIBLE AND ANSWERABLE FOR TO ~~THE~~ WE THE PEOPLE.

## RELIEF SOUGHT

WHEREFORE, PLAINTIFF REQUESTS THIS HONORABLE COURT GRANT THE FOLLOWING RELIEF.

A. THAT A COURT FROM THE SOUTHERN DISTRICT OF TEXAS ASSUMES JURISDICTION AND STANDING OVER THIS CAUSE OF ACTION.

B. ISSUE A DECLARATORY JUDGMENT THAT DEFENDANT JOE BIDEN VIOLATED THE UNITED STATES CONSTITUTION AND STATE LAW.

C. ISSUE AN INJUNCTION ORDERING THAT DEFENDANT REFRAIN FROM HIS UNLAWFUL ACTIONS AND BEHAVIOR.

D. ORDER THE JUSTICE DEPARTMENT, BILL BARR, TO START AND CONDUCT A SPECIAL ~~NTU~~ COUNSEL, "MULLER" INVESTIGATION. INTO JOE BIDEN'S VIOLATION OF HIS OATH OF OFFICE TO WE THE AMERICAN PEOPLE AND

FOR SELLING HIS FAMILY NAME, INFLUENCE PEDDELING AND HUNTER BIDEN'S PAST PERSONAL HISTORY AND CRIMINAL DEALINGS

<u>What future actions will he take now that daddy is back in POWER?</u>

E. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED.

### CRISTOPHERE WRAY FACTS

#### F.B.I. DIRECTORS COUPE

CHRISS WRAY, ANDY MCCABE, JAMES COMEY

20. F.B.I. HAS HAD THE RUSSIAN HOAX, CONSPIRACY, SMEAR CAMPAIGN "DISK DRIVE" FOR A YEAR NOW.

21. COVER UP    PROTECT    SUPRESS
NO CHARGES, NO RESULTS, DO NOTHING, NO INVESTIGATION, NO ACCOUNTABILITY OR RESPONSIBILITY, DAY IN COURT, TRIAL, CONVICT OR ACQUIT, PUNISHMENT, *Now you*, PRISON, RUIN THEIR FINANCIAL AND PERSONAL LIFE, <u>LIKE MULLER DID TO HONORABLE GENERAL MICHAEL FLYNN AND HIS SON.</u>

22. *Two* SETS OF STANDARDS: DEMOCRATS, THE LIBERAL MEDIA, THEIR FAMILIES, FRIENDS, AND CRONIES - Vs. THE PRESIDENT, REPUBLICANS, AND ALL OTHERS. BIASED.

23. STEVE BANNON SAID: "CHRISTOPHER WRAY SHOULD BE BEHEADED AND HIS HEAD PUT ON A PIKE".

24. CLINTON EMAILS, JAMES COMEY

25. RUSSIAN DOSSIA, SPYING, F.I.S.A. DOCUMENTS.
26. MULLER SPECIAL COUNSEL INVESTIGATION, RUSSIA HOAX.
27. IMPEACHMENT - UKRAIN TELEPHONE CALL.
28. DEEP STATE.

## CHRIS WRAY STATEMENT OF CLAIM

29. I KNOW RIGHT FROM WRONG AND I KNOW ~~WHICH~~ WHICH SIDE I'M ON. I'VE PLANTED MY FEET. HERE I AM. HERE I'LL STAY.

THE EVIL, OUT THERE, ISN'T JUST NECESSARLY WITH THE CRIMINIALS. THE REAL EVIL IS IN THE PEOPLE THAT STAND BACK, WATCH AND ALLOW EVIL TO CONTINUE TO HAPPEN. IT'S AN OBSINITY THAT HAS GOT TO STOP. IF WE DON'T FIGHT EVIL, WE BECOME EVIL, IT'S THAT SIMPLE.

NOW IS THE TIME.
IGNITE THE SPIRIT FOR LEGAL REFORM,
30. WORKING TOGETHER WE CAN ACCOMPLISH WHAT WE WANT, WHAT WE DEMAND. OPEN HEARINGS, INVESTIGATIONS, INDICTMENTS, PROSECUTION, AND MEANINGFUL PUNISHMENT.

THIS IS A GRASSROOTS EFFORT. WE NEED YOUR HELP. IF YOU OR ANYONE ELSE KNOWS OF A BETTER WAY TO UNITE THE PEOPLE AND BRING ABOUT A PEACEFUL AND LAWFUL SOLUTION, LET US KNOW, WE ARE ALL EARS.

## FIRST CAUSE OF ACTION

31 THE ACTIONS OF THE DEFENDANT AND MEMBERS OF THE CONSPIRACY AS STATED IN PARAGRAPHS

20 THROUGH 30 DENIED PLAINTIFF HIS FIFTH AND FOURTEENTH AMENDMENT RIGHTS OF DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

32. PLAINTIFF'S FIFTH AND FOURTEENTH AMENDMENT RIGHTS WERE VIOLATED WHEN THE DEFENDANT CONSPIRED TO HURT, HARM, HOUND, AND HARASS THEIR TARGETS.

## RELIEF SOUGHT

WHEREFORE, PLAINTIFF REQUESTS THIS HONORABLE COURT GRANT THE FOLLOWING RELIEF:

A. THAT A COURT FROM THE SOUTHERN DISTRICT OF TEXAS ASSUMES JURISDICTION AND STANDING OVER THIS CAUSE OF ACTION.

B. ISSUE A DECLARATORY JUDGMENT THAT CHRISTOPHERE WRAY, VIOLATED THE UNITED STATES CONSTITUTION AND STATE LAW.

C. ISSUE AN INJUNCTION ORDERING THAT DEFENDANT REFRAIN FROM HIS UNLAWFUL ACTIONS AND BEHAVIOR.

D. ORDER THE JUSTICE DEPARTMENT, BILL BARR, TO START AND CONDUCT A <u>SPECIAL COUNSEL</u> "MULLER TYPE" <u>INVESTIGATION</u> INTO DEFENDANT'S COVER UP, PROTECTION, AND SUPRESSION.

E. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED.

## ANGELA RODRIGUEZ FACTS

ALONG FOR THE RIDE, TO EXPLAIN THE STORY. OUT OF TOUCH ~~JUDGE~~ WITH REALITY JUDGE, JUST LIKE JUDGE IN LAW ABIDING CITIZEN

8

MOVIE AND YOU KNOW WHAT HAPPENED TO HER AND THEM. TOTAL DEVISTATION AND DISTRUCTION, JUST LIKE CHUCK ROSENTHAL.

33. IN DECEMBER 2019 PLAINTIFF HAD A GIPSEY HOARD, LED BY NANCY MILLER, INVADE AND SQUAT ON HIS BUSINESS PROPERTY.

34 NANCY MADE SURE THE PREVIOUS TENNANT HAD PAID DECEMBER'S RENT, AND MOVED OUT EARLY LEAVING THE BUSINESS, BILLS AND RESPONSIBILITIES TO NANCY'S CARE, CONTROL, AND CUSTODY.

35 NANCY WANTED A NEW LEASE AND TO CARRY OVER THE PREVIOUS RENTERS SECURITY DEPOSIT.

36. WHEN NANCY DIDN'T PAY RENT IN FEBURARY, PLAINTIFF WENT AND FILED A NOTICE TO VACATE OF FEBRUARY 26, 2020.

37. ON 16 MARCH. PLAINTIFF FILED ON NANCY FOR EVICTION. COURT DATE 3 APRIL, 2020 9:AM.

38. THE DEFENDANT CANCELLED THAT RESOLUTION COURT DATE.

39. PLAINTIFF HAS BEEN CALLING THE COURT EVERY WEEK WITH THE SAME STORY. CALL BACK NEXT WEEK.

40. THE PLAINTIFF HAS PATIENTLY WAITED LONG ENOUGH. (9 MONTHS AND STILL COUNTING) WITH NO ACTION OR RESULTS, EXCEPT EVIL SPELLS, WRECK CAR - HOUSE CATCH ON FIRE, BAD WORDS + SCARE TACTICS. <u>NO PAYMENTS</u>

9

# ADDITIONAL STATEMENT OF FACTS

41. THE CITY OF HOUSTON, RECIEVED $405 MILLION IN CARES ACT AID. TO BE SPENT BY THE END OF THE YEAR.

42. ABOUT $69 MILLION HAS BEEN DEVOTED TO A "EVICTION DIVERSION" RELIEF PROGRAM TO HELP TENNANTS PAY RENT AND GIVING GRANTS TO SMALL BUSINESSES.

43. ON 10 NOVEMBER, CITY COUNSEL QUESTIONED SOME CARES PURCHASES, RAISING CONCERNS THAT A FEW EXPENDITURES ARE NOT DIRECTLY RELATED TO THE PANDEMIC OR ARE OTHERWISE UNNESSARY AND LACK CLEAR CONNECTIONS.

44. $10,000 SPENT ON GIFT CARDS.

45. THE CITIES SPENDING WILL INVITE FEDERAL AND IN HOUSE AUDITS. AND SCRUTINY. WE MAY NOT BE ABLE TO SURVIVE AN AUDIT PROCESS.

## ANGELA RODRIGUEZ STATEMENT OF CLAIM

46. IN MARCH 2020, THE DEFENDANT DECLARED A MORITORIUM (DELAY) AND CLOSED DOWN THE COURTS AND LEGAL SYSTEM EVICTION PROCESS. CAUSING A VIOLATION OF PLAINTIFF'S CIVIL, LEGAL, AND CONSTITUTIONAL RIGHTS.

### FIRST CAUSE OF ACTION

47. THE ACTIONS OF THE DEFENDANT STATED IN PARAGRAPHS 33 THROUGH 45 DENIED PLAINTIFF HIS FIRST AND FOURTEENTH AMENDMENT RIGHTS.

48. PLAINTIFF'S FIRST AND FOURTEENTH AMENDMENT RIGHT OF ACCESS TO THE COURTS WAS VIOLATED WHEN THE DEFENDANT SHUT DOWN THE COURTS AND LEGAL SYSTEM DENYING PLAINTIFF HIS DAY IN COURT TO REDRESS HIS GRIEVENCES. <u>JUSTICE DELAYED IS JUSTICE DENIED.</u>

### SECOND CAUSE OF ACTION

49. THE ACTIONS OF THE DEFENDANT STATED IN PARAGRAPHS 33 THROUGH 45 DENIED PLAINTIFF HIS FIFTH AND 14TH AMENDMENT RIGHTS.

50. PLAINTIFF'S FIFTH AND FOURTEENTH AMENDMENT RIGHTS NOT TO BE DEPRIVED OF LIFE, LIBERTY, OR <u>PROPERTY</u> WITHOUT DUE PROCESS OF LAW WERE VIOLATED.

### THIRD CAUSE OF ACTION

51. THE ACTIONS OF THE DEFENDANT STATED IN PARAGRAPHS 33 THROUGH 45 DENIED PLAINTIFF HIS FIRST AMENDMENT RIGHTS.

52. THE PLAINTIFF'S FIRST AMENDMENT RIGHT TO PETITION OF GRIEVANCES WAS VIOLATED WHEN DEFENDANT SHUT OFF PLAINTIFF'S ABILITY, OPPORTUNITY TO PRESENT AND LITIGATE HIS CLAIMS TO THE COURTS.

### RELIEF SOUGHT

WHEREFORE, PLAINTIFF REQUESTS THIS HONORABLE COURT GRANT THE FOLLOWING RELIEF:

A. THAT A COURT FROM THE SOUTHERN DISTRICT OF TEXAS ASSUMES JURISDICTION AND STANDING OVER THIS CAUSE OF ACTION.

B. ISSUE A DECLARATORY JUDGMENT THAT ANGELA RODRIGUEZ VIOLATED THE UNITED STATES CONSTITUTION AND STATE LAW.

C. ISSUE AN INJUNCTION ORDERING THAT DEFENDANT REFRAIN FROM HIS UNLAWFUL ACTIONS AND BEHAVIOR.

D. GRANT COMPENSATORY DAMAGES IN THE FOLOWING AMOUNT:

PAST DUE RENT (9 MONTHS) x $1,600 = 14,400
DEPOSIT                       1,600 = 1,600
                                     $16,000

E. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED.

# MASTER PLAN <u>MANIFESTO</u>

GAIN THEIR ATTENTION  CAPTURE IMAGINATION

- Insulting letter to F.B.I. DIRECTOR

SHOW THEM THE PRODUCT

GET THEM TO TAKE SOME KIND OF ACTION

If you have money, power or position in Government or law enforcement, you don't have to follow the rules. You don't have to suffer any repercussions of your bad actions no matter how Bad.

No one, <u>till now</u>, will risk their status in life to stand up against, to speak out against corrupt public officials.

Miscarriage of justice

How many INNOCENT CITIZENS have to be TOTALLY DEMOLISHED, DEVISTATED, COMPLETELY DESTROYED before someone/anyone states: I'M NOT GOING TO TAKE IT IN THE ASS ANYMORE — AND LIKE IT.

The tables need to be turned on "this generation of polititions" is more corrupt SELL FAMILY NAME, than all previous ages.

I WANT, I DEMAND, MY DAY IN COURT.

13

So it's actually extraordinary to all these OFFICIALS that they are being lectured to and explicitly told that <u>THEY CAN'T CONTINUE</u> to break all and every rule, and THINK that they will continue to GET AWAY WITH IT.

HUNTER BIDEN        EVICTION

F.B.I. DIRECTOR     JUDGE

TAXES.

We the people in the "COURT OF PUBLIC OPINION" will continue to expose them and all their misdeeds, hold them responsible and <u>accountable</u>, and demand and show them what to do in the future to correct their mistakes <u>and make sure it never happens again - ever.</u>

What's even more extraordinary, however, is the idea that it makes sense that they will

get off scott free without the proper authorities investigating, indicting, convicting and sending them to prison.

We the people in the court of public opinion, are horrified and NOT GOING TO TAKE IT ANYMORE.

When will "IT" STOP.?

Not till we take up arms. (PEN + PAPER) and SPEAK OUT. It is an OBSCINITY that has got to stop immediately!

Someone, Maybe a LOAN WOLF, like the character played by Gerard Butler, HAS TO PULL THE TRIGGER on these PUBLIC OFFICIALS, corrupt, criminal actions.

this is all about mentality a mind set that allows them to think that they are: ABOVE THE LAW.

It is crucial that we don't let this mentality guide future policies.

Special Counsel Muller Investigation

By Nov. 7, 2020

15

FREE SPEECH                PROPERTY RIGHTS

HUNTER BIDEN                 EVICTION

Child porn, Sex              OPEN COURTS AND
traficting EVIL              LEGAL SYSTEM,
Jesus will                   run effectively,
SAVE you.                    efficiently product-
                             ively. Professionally

express their deepest, core, beliefs.
share those views with others:
Letter writing campaign, protest
signs, on T shirts, Bumper
stickers, banners, billboards,
hats. "Plausable Deniability".

BASKET OF DEPLORABLES
  Offensive Persuation.

<u>PUSSIE STINKS</u>     <u>TAKES IT IN THE ASS</u>

effects of a statement on others. Right
of the collective to be unmoved
and unoffended by them.
  Make subjective decisions about
what is and isn't legal.

16

Ban something as innocuous as a "WORD / THOUGHT / BELIEF." Needs a reasonable justification for doing so.

Free speech individualist roots. Individual consciences without fear of harassment.

· DEFEND LANDLORDS SATISFACTION

Citizens unfortunate enough to get caught up in Government, Court and legal system regulatory and restrictive maze.

Have stripped landowners of their property rights to allow productive use and activity with their investments.

Broken dreams and scuttled businesses, economic ruin.

Join together to fight for your DAY IN COURT.

Judge ANGELA D. RODRIGUEZ J.P. Court PCT. 6-2 has long turned a blind eye to the havoc dealt

17

to search records large and small via the obscure declarations of bureaucrats.

Ground down by delays and bankruptcies.

Brief moments of hope.

The judge needs to be awaken to the immense costs, and inconviencies the delays are causing.

Complaints about government actions are hardly new.

The right to own property.

The court has just stood aside.

<u>Justice delayed is justice denied. needs to change.</u>

Many people have waited patiently a long time. <u>perhaps this Hunter Biden / Eviction PROTEST is the solution.</u>

18

Respectfully Submitted
_Pete Arnold_
PLAINTIFF PRO SE
4065 OSBY
HOUSTON, TEXAS 77025

IN LEIU OF NOTORY AND UNDER FEDERAL TITLE 28 § 1746 I DECLARE, CERTIFY, OR VERIFY UNDER THE PENALITY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

_Pete Arnold_
PLAINTIFF PRO SE

CERTIFICATE OF SERVICE

ON THIS THE **30** DAY OF **NOV.** 2020, THE PLAINTIFF DELIVERED BY HAND, THIS DOCUMENT TO THE DISTRICT CLERK'S OFFICE FOR FILING.

_Pete Arnold_
PLAINTIFF PRO SE

EMERSON
_justice must prevail, and it is the privilege_ of TRUTH _to make itselfe_ BELIEVED.

19