IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
DEC 09 2020
David J. Bradley, Clerk of Court

PETE ARNOLD                *
   PLAINTIFF          *
     PRO SE           *
  -Vs,-                      *  CAUSE NO. 20 CV 4056
JOE BIDEN                   *
   DEFENDANT          *
     ET AL            *

## CERTIFICATE

TO THE HONORABLE JUDGE KEITH P. ELLISON OF SAID COURT IN THE ABOVE STYLED AND NUMBERED CASE, THE PLAINTIFF WOULD SHOW THE FOLLOWING:

### I

THE PLAINTIFF WOULD <u>NOT</u> EVER LIKE TO SCHEDULE AN EARLIER INITIAL PRETRIAL AND SCHEDULING CONFERENCE.

### II

THE PLAINTIFF IS FILING WITH CLERK THIS CERTIFICATE LISTING:

- ALL PERSONS              NONE
- ASSOCIATIONS OF PERSONS   NONE
- FIRMS      NONE
- PARTERSHIPS        NONE
- CORPORATIONS       NONE

- AFFILIATES    NONE
- PARENT CORPORATIONS    NONE
- OTHER ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION.

### III

THE PLAINTIFF WISHES TO PARTICIPATE BY TELEPHONE, WHERE ATTENDANCE IS REQUIRED.

RESPECTFULLY SUBMITTED

*Pete Arnold*

PLAINTIFF PRO SE
4065 OSBY DR
HOUSTON, TX 77025

IN LEIU OF NOTORY AND UNDER FEDERAL TITLE 28 § 1746 I DECLARE, CERTIFY OR VERIFY UNDER PENALITY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

*Pete Arnold*

PLAINTIFF PRO SE

### CERTIFICATE OF SERVICE

ON THIS THE 9TH DAY OF DEC 2020 THE PLAINTIFF DELIVERED BY HAND, THIS DOCUMENT TO DISTRICT CLERK'S OFFICE FOR FILING.

*Pete Arnold*

PLAINTIFF PRO SE